# EXHIBIT A

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

ALLEGHENY County

| *For Prothonotary Use Only:* | TIME STAMP |
|---|---|
| Docket No: | |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

Lead Plaintiff's Name: LYNN MARIE TICE

Lead Defendant's Name: SAM'S EAST, INC.

**Are money damages requested?** ☒ Yes ☐ No

Dollar Amount Requested: (check one) ☐ within arbitration limits ☒ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes ☒ No

Name of Plaintiff/Appellant's Attorney: TERRANCE R. HENNE

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your ***PRIMARY CASE***. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☒ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☐ Other:

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

**IN THE COURT OF COMMON PLEAS**
**OF ALLEGHENY COUNTY, PENNSYLVANIA**

LYNN MARIE TICE and DANIAL TICE, her husband,

Plaintiffs,

vs.

SAM'S EAST, INC., dba SAM'S CLUB; SAM'S EAST, INC., aka SAM'S CLUB, INC; SAM'S CLUB STORE 6679; and WAL-MART STORES, INC.,

Defendants.

CIVIL DIVISION
NO.

**JURY TRIAL DEMANDED**

**PRAECIPE FOR WRIT OF SUMMONS**

FILED ON BEHALF OF:
PLAINTIFFS

COUNSEL OF RECORD FOR THESE PARTIES:

TERRANCE R. HENNE, ESQUIRE
PA I.D. No. 62038

**MINTZER SAROWITZ ZERIS & WILLIS PLLC**
2605 Nicholson Road
Building V, Suite 5100
Sewickley, PA 15143
412-928-0502
**MSZ&W File No. 131.0197**

*CERTIFICATE OF COMPLIANCE*

*I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.*

*By:/s/ Terrance R. Henne*
*TERRANCE R. HENNE, ESQUIRE*
*Attorney for Plaintiffs*

**IN THE COURT OF COMMON PLEAS**
**OF ALLEGHENY COUNTY, PENNSYLVANIA**

LYNN MARIE TICE and DANIAL TICE, her husband,

Plaintiffs,

vs.

SAM'S EAST, INC., dba SAM'S CLUB; SAM'S EAST, INC., aka SAM'S CLUB, INC; SAM'S CLUB STORE 6679; and WAL-MART STORES, INC.,

Defendants.

CIVIL DIVISION
NO.

**JURY TRIAL DEMANDED**

**NOTICE TO DEFEND**

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED, BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATON ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL SERVICE
ALLEGHENY COUNTY BAR ASSOCIATION
11TH FLOOR KOPPERS BUILDING
436 SEVENTH AVENUE
PITTSBURGH, PA 15219
TELEPHONE: 412.261.4444

**IN THE COURT OF COMMON PLEAS**
**OF ALLEGHENY COUNTY, PENNSYLVANIA**

LYNN MARIE TICE and DANIAL TICE, her husband,

Plaintiffs,

vs.

SAM'S EAST, INC., dba SAM'S CLUB; SAM'S EAST, INC., aka SAM'S CLUB, INC; SAM'S CLUB STORE 6679; and WAL-MART STORES, INC.,

Defendants.

CIVIL DIVISION
NO.

**JURY TRIAL DEMANDED**

**PRAECIPE FOR WRIT OF SUMMONS**

TO: DEPARTMENT OF COURT RECORDS

Kindly issue a Writ of Summons in Civil Action in the above-captioned matter against the above-captioned Defendants. This lawsuit is for damages in excess of the limits of mandatory arbitration.

**MINTZER SAROWITZ ZERIS & WILLIS PLLC**

BY: *<u>/s/ Terrance R. Henne</u>*
TERRANCE R. HENNE, ESQUIRE
Attorney for Plaintiffs, LYNN MARIE TICE and DANIAL TICE